# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| In re:<br><br>GORDON PROPERTIES, LLC, and<br>CONDOMINIUM SERVICES, INC.,<br><br>    Debtors. | Case No. 09-18086-RGM<br>(Chapter 11)<br>(Jointly Administered) |
| GORDON PROPERTIES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST OWNERS' ASSOCIATION OF<br>FORTY SIX HUNDRED CONDOMINIUM,<br>INC.,<br><br>    Defendant. | Adv. Proc. No. 11-1020-RGM |

### Clarification of Ruling

Upon further reflection and to clarify the ruling made on the record on June 15, 2012, the proxies for unit 1220 are disallowed. Exhibit I, the list of owners maintained by the Association reflects that the unit is owned by two individuals. Proxies must be signed by all owners and these were signed by only one.

Alexandria, Virginia
June 15, 2012

/s/Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

copies to:

Donald F. King
Jennifer L. Sarvadi

17796